920

No. 76–6987. SMITH v. NEW YORK. App. Term, Sup. Ct. N. Y., 9th and 10th Jud. Dists. Certiorari denied.

No. 76–6989. HUCKABY v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 77–30. STICH v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 77–74. COFER ET AL. v. DANN, COMMISSIONER OF PATENTS AND TRADEMARKS. C. C. P. A. Certiorari denied.

No. 77–94. M & H PRODUCE CO., INC. v. BERGLAND, SECRETARY OF AGRICULTURE, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 77–146. NEKOOSA PAPERS, INC. v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL. C. A. 8th Cir. Certiorari denied.

No. 77–162. WEITZEL v. NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 77–176. MINERAL VENTURES, LTD. v. ANDRUS, SECRETARY OF THE INTERIOR. C. A. 9th Cir. Certiorari denied.

No. 77–182. HART v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–187. KALLIR, PHILIPS, ROSS, INC. v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–190. AGUILAR ET AL. v. BELL, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied.